```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF PUERTO RICO


-----------------------------------------
                                        :
UNITED STATES OF AMERICA                :
                                        :
            Plaintiff                   :
                                        :
                   v.                   : 3:17-cr-00161-
                                        : ADC-1
                                        :
                                        :
                                        :
JAMES FRANCIS GORMAN                    :
                                        :
            Defendant                   :
-----------------------------------------
```

ARRAIGNMENT HEARING

Was held Before HONORABLE US MAGISTRATE JUDGE BRUCE J. MCGIVERIN, sitting in San Juan, Puerto Rico, on March 15, 2017 at 10:12 a.m.

```
 1   APPEARANCES:

 2

 3   FOR THE GOVERNMENT:

 4   GINETTE MILANES, AUSA

 5

 6   FOR THE DEFENDANT:

 7   GIOVANNI CANINO, AFPD

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                THE MAGISTRATE: Call the case, please.
2                     (The case is called)
3            MS. MILANES: Good morning, Your Honor.
4            MR. CANINO: Good morning, Your Honor. Giovanni
5   Canino from the Federal Public Defenders Office on behalf of
6   Mr. James Francis Gorman. My client is fluent in English,
7   Your Honor. He will not be needing the services of the
8   interpreter.
9            THE MAGISTRATE: Okay, good morning. This case is
10  set for an arraignment, so please tell me your full name.
11           THE DEFENDANT: James Francis Gorman, the IV.
12           THE MAGISTRATE: How old are you?
13           THE DEFENDANT: Thirty-nine.
14           THE MAGISTRATE: Are you currently under the
15  influence of any drugs, medicine, pills or alcohol?
16           THE DEFENDANT: I am not.
17           THE MAGISTRATE: Have you received a copy of the
18  indictment?
19           THE DEFENDANT: I have.
20           THE MAGISTRATE: Were you able to talk with your
21  attorney about the charge against you?
22           THE DEFENDANT: I have.
23           THE MAGISTRATE: Do you want to indictment read to
24  you or do you waive the reading?
25           THE DEFENDANT: Waive the reading of the
```

1  indictment.

2  THE MAGISTRATE: Okay, and --

3  MR. CANINO: Yes, sir, and we requested that a plea
4  of not guilty be entered on his behalf.

5  THE MAGISTRATE: A plea of not guilty is entered as
6  to the sole count of the indictment in Criminal Case number
7  17-161-ADC. The Government has seven days to produce
8  discovery. Defense has fourteen days after that to file any
9  motions. This case has been assigned to Chief District Judge
10  Delgado Colón for trial and further proceedings. So, is
11  there anything else as to this matter?

12  MR. CANINO: Nothing further from our part, sir.

13  THE MAGISTRATE: All right. Thank you.

14  MR. CANINO: Thank you.

15  (The hearing ended at 10:13 a.m.)

16

17

18

19

20

21

22

23

24

25

1  U.S. DISTRICT COURT    )

2  DISTRICT OF PUERTO RICO)

3

4      I certify that this transcript consisting of 5 pages is

5  a true and accurate transcription to the best of my ability

6  of the proceedings in this case before the Honorable U.S.

7  Magistrate Judge, Bruce J. McGiverin, on March 15, 2017.

8

9

10

11  S/Boabdil Vazquetelles

12  Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25