# United States Court of Appeals
## For the First Circuit

No. 18-2160

UNITED STATES,

Appellee,

v.

JAMES FRANCIS GORMAN,

Defendant - Appellant.

Before

Torruella, Lynch and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: May 28, 2020

      The government has filed a motion to vacate defendant's sentence and to remand the matter to the district court. Defendant does not object to remand. We allow the motion because the parties agree that remand is necessary. In doing so, we take no position on any of the issues raised on appeal. The matter is remanded to the sentencing court for further proceedings.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Aida M. Delgado-Colon
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico
Thomas F. Klumper
Elba I. Gorbea Padro
Mariana E. Bauza Almonte
Christine DeMaso
James Francis Gorman